# Baniel v. The State.

APPEAL from Mobile City Court.

VOL. 106.

Tried before the Hon. O. J. SEMMES.

FRANCIS J. INGE and JOHN E. MITCHELL, for appellant.

WM. C. FITTS and JAS. H. WEBB, for the State.

The appellant, John Thomas Baniel, was indicted, tried and convicted of murder in the first degree and sentenced to be hung. Judgment affirmed.

Opinion by HARALSON, J.